**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Rustle Hill Winery, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **20-8873554** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **8595 US Highway 51 North**<br>**Cobden, IL 62920**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Union**<br>County | Location of principal assets, if different from principal place of business |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)   _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify:   _____

Debtor    **Rustle Hill Winery, LLC**                                              Case number (*if known*) _____
      Name

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**    ☐ No.

    ■ Yes.

If more than 2 cases, attach a separate list.

| | District | **Southern District of Illinois** | When | **12/11/13** | Case number | **13-41324** |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**    ■ No

    ☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | _____ | | | Relationship | _____ |
|---|---|---|---|---|---|---|
| | District | _____ | When | | Case number, if known | _____ |

Debtor    **Rustle Hill Winery, LLC**                              Case number *(if known)* _____
_____
Name

---

**11.  Why is the case filed in**     *Check all that apply:*
**this district?**

☒    Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐    A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or**     ☒ No
**have possession of any**
**real property or personal**     ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.
**property that needs**
**immediate attention?**
**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?  _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other  _____

**Where is the property?**  _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency    _____

Contact name    _____

Phone    _____

---

■     **Statistical and administrative information**

**13.  Debtor's estimation of**    .    *Check one:*
**available funds**

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

| **14.  Estimated number of creditors** | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

| **15.  Estimated Assets** | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☒ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| **16.  Estimated liabilities** | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☒ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **Rustle Hill Winery, LLC** | Case number (*if known*) | |
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 16, 2016**
               MM / DD / YYYY

**X** **/s/ John Patrick Russell**                   **John Patrick Russell**
     Signature of authorized representative of debtor          Printed name

Title    **Member/Manager**

---

**18. Signature of attorney**

**X** **/s/ Douglas A. Antonik**            Date   **November 16, 2016**
     Signature of attorney for debtor                   MM / DD / YYYY

**Douglas A. Antonik**
Printed name

**Antonik Law Offices**
Firm name

**Post Office Box 594**
**Mt. Vernon, IL 62864**
Number, Street, City, State & ZIP Code

Contact phone   **618-244-5739**      Email address   **antoniklaw@charter.net**

**06190629**
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name    **Rustle Hill Winery, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 16, 2016**     X **/s/ John Patrick Russell**
                                         Signature of individual signing on behalf of debtor

                                         **John Patrick Russell**
                                         Printed name

                                           **Member/Manager**
                                           Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Rustle Hill Winery, LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF ILLINOIS** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Anna Jonesboro National Bank PO Box 220 Anna, IL 62906** | | **All personal property on Schedule B except for cash and bank accounts** | | $78,110.17 | $67,397.06 | $10,713.11 |
| **Illinois Department of Revenue Bankruptcy Section PO Box 64338 Chicago, IL 60664-0338** | | | | | | $94,514.95 |
| **Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346** | | **940 and 941** | | | | $100,581.20 |
| **Paul M Roberts 417 W Main St Carbondale, IL 62901** | | **Accountant** | | | | $4,750.00 |
| **Rustys Home Center 418 E Davie St Anna, IL 62906** | | **Services** | | | | $31,100.00 |
| **Schaeffer Excavating 340 Shawnee Meadows Lane Anna, IL 62906** | | **Services** | | | | $6,841.26 |
| **The Lamar Companies PO Box 96030 Baton Rouge, LA 70896** | | **Advertising** | | | | $2,025.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Rustle Hill Winery, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

Part 1:    **Summary of Assets**

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*........................................................................................................    $                0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*....................................................................................................    $           107,694.02

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.......................................................................................................    $           107,694.02

Part 2:    **Summary of Liabilities**

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $            85,641.76

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $           195,096.15

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$            44,716.26

4.    **Total liabilities** ...................................................................................................................
   Lines 2 + 3a + 3b
   $           325,454.17

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Rustle Hill Winery, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on hand** | **$1,400.00** |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.  **AJ National Bank** **Business account** **-$2,576.57** | | | **$0.00** |
| 3.2.  **US Bank Cobden, IL** **Credit card account** | | | **$740.27** |
| 3.3.  **AJ National Bank** **Rustle Hill Cabin business account** **$936.18** | | | **$0.00** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

      | $2,140.27 |
      |---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                           Best Case Bankruptcy

Debtor   **Rustle Hill Winery, LLC**                                  Case number *(If known)* _____
         <sub>Name</sub>

| Part 3: | Accounts receivable |
|---------|---------------------|

**10. Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---------|-------------|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---------|------------------------------------------|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials**<br>**Beer - $3,648.75 at cost**<br>**Wine - $51,865.00 at cost**<br>**Liquor - $758.00 at cost** | | **$0.00** | | **$56,271.75** |
| | **Food inventory** | | **$0.00** | | **$3,092.00** |

**20.    Work in progress**

**21.    Finished goods, including goods held for resale**

**22.    Other inventory or supplies**

**23.    Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

| $59,363.75 |
|---|

**24.    Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

**25.    Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____   Valuation method _____   Current Value _____

**26.    Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---------|--------------------------------------------------------------------------------|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No.  Go to Part 7.
■ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

Debtor    **Rustle Hill Winery, LLC**
Name                                    Case number *(If known)* _____

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops-either planted or harvested** | | | |
| 29. **Farm animals** *Examples: Livestock, poultry, farm-raised fish* | | | |
| 30. **Farm machinery and equipment** *(Other than titled motor vehicles)* | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** Chemicals | $0.00 | | $300.00 |

32.    **Other farming and fishing-related property not already listed in Part 6**

33.    **Total of Part 6.**
        Add lines 28 through 32.  Copy the total to line 85.

$300.00

34.    **Is the debtor a member of an agricultural cooperative?**
       ■ No
       ☐ Yes.  Is any of the debtor's property stored at the cooperative?
              ☐ No
              ☐ Yes

35.    **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
       ■ No
       ☐ Yes. Book value _____  Valuation method _____  Current Value _____

36.    **Is a depreciation schedule available for any of the property listed in Part 6?**
       ■ No
       ☐ Yes

37.    **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No.  Go to Part 8.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** Office equipment and office furniture | $0.00 | | $150.00 |

40.    **Office fixtures**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Rustle Hill Winery, LLC**                                    Case number *(If known)* _____
              Name

**2 Koldfront wine refrigerator (18 bottle) -
$75.00
4 Frigidaire wine refrigerator (28 bottle) -
$75.00
1 True, 3 door commercial refrigerator -
$800.00
1 Turbo Air, 3 door commercial refrigerator -
$800.00
1 Anthony Mfg, 3 door commercial refrigerator
- $800.00
1 Hobart, 2 door commercial freezer - $500.00
1 Tafco, 7'x10' commercial walk-in cooler -
$2,500.00
2 True, 2 door refrigerated sandwich station -
$300.00
2 5' stainless steel prep table with backsplash
- $100.00
2 5' stainless steel prep table without
backsplash - $100.00
1 8' stainless steel prep table with food heater
- $150.00
1 Montagu doublestack pizza oven, propane -
$2,500.00
1 6 burner stove and oven, propane - $1,800.00
1 Rankin-Deluxe 3' Charbroil grill, propane -
$450.00
1 Star 3' grill, electric - $300.00
1 Berkel food slicer - $75.00
1 Cadco Unox Panini press - $75.00
1 Bunn coffee maker, commercial - $50.00
1 4' Ice-O-Matic ice machine - $1,000.00
3 Rival roaster over, 22 qt. - $50.00
3 Classic soup warmer - $50.00
1 GE Microwave, 700 watt - $25.00
4 iPad mini - $200.00
4 iPad, 2nd generation - $150.00
5 Cash drawer - $75.00
4 Star thermal printer - $300.00
2 Star impact printer - $250.00
4 Blue Bamboo Bluetooth printer - $250.00
2 JetSpray drink dispenser - $350.00**                    $0.00                                    $14,150.00

---

**Inside bar and dining furniture:
12 bar tables with chairs - $75.00 each set
6 - 5' round dining tables with chairs - $50.00
each
7 - 8' long tables - $30.00 each
6 - low dining tables with chairs - $50.00 each
50 various outside chairs - $5.00 each
30 outside picnic tables - $20.00 each
7 oak retail cabinets - $75.00 each
2 oak retaik counters - $300.00 each
4 oak and glass retail displays - $200.00 each
2 stainless steel commercial sinks - $200.00
each**                                                    $0.00                                    $4,885.00

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor   **Rustle Hill Winery, LLC**_____   Case number *(If known)* _____
         Name

**Wine making equipment:**
**2 - 300 gallon transfer tanks - $200.00 each**
**3 - 300 gallon PVC Rocket tanks - $250.00 each**
**1 - 750 gallong PVC wine tank - $300.00**
**1 - 500 gallon stainless steel wine tank -**
**$1,000.00**
**4 - 55 gallon PVC tanks - $20.00 each**
**Labeler - $100.00**
**Capsule heater - $200.00**
**6 bottle filler - $500.00**
**1 - 100 gallon stainless steel wine tank -**
**$250.00**
**Corker - $100.00**

| | | |
|---|---|---|
| **1 hand lift - $200.00** | $0.00 | $3,880.00 |

**Vineyard Equipment:**
**1 backpack blower - $300.00**
**3 backpack sprayers - $25.00 each**

| | | |
|---|---|---|
| **Shovels, pruners, rakes, etc - $250.00** | $0.00 | $575.00 |

41.  **Office equipment, including all computer equipment and**
     **communication systems equipment and software**
     **4 iPads w Star thermal printers and cash**

| | | |
|---|---|---|
| **drawers ($500.00 each)** | $0.00 | $2,000.00 |

| | | |
|---|---|---|
| **4 iPad minis with Bluetooth printers ($400.00 each)** | $0.00 | $1,600.00 |

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
     books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
     collections; other collections, memorabilia, or collectibles

| | | |
|---|---|---|
| 42.1.  **Various art objects** | $0.00 | $1,500.00 |
| 42.2.  **4' copper and glass starburst** | $0.00 | $500.00 |
| 42.3.  **2' copper and glass starburst with grape leaves** | $0.00 | $300.00 |

43.  **Total of Part 7.**                                            | $29,540.00 |
     Add lines 39 through 42.  Copy the total to line 86.

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
     ■ No
     ☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

     ☐ No.  Go to Part 9.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

Debtor    **Rustle Hill Winery, LLC**                              Case number *(If known)* _____
          Name

■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **1996 Dodge Ram**<br>**49,957 miles** | $0.00 | | $5,000.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
    floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm
    machinery and equipment)**

51. **Total of Part 8.**                                                                     | $5,000.00 |

    Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>**Design labels for wine bottles** | $0.00 | | $0.00 |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties**<br>**State of Illinois liquor license** | $0.00 | | $0.00 |
| **Union County liquor license** | $0.00 | | $0.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    **Rustle Hill Winery, LLC**                                          Case number *(if known)* _____
          Name

      **US Federal Government wine making license**    _____    $0.00    _____    $0.00

      **US Government wine retail license**    _____    $0.00    _____    $0.00

63.    **Customer lists, mailing lists, or other compilations**
       **Email list**    _____    $0.00    _____    $200.00

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**                                                $200.00
       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
      ■ No
      ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
      ■ No
      ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 11:**   **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) |  |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) |  |
| 73. | **Interests in insurance policies or annuities** |  |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** |  |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** |  |
| 76. | **Trusts, equitable or future interests in property** |  |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership |  |
|  | **Riding mower - zero turn mower** | $9,500.00 |

Debtor     **Rustle Hill Winery, LLC**                                      Case number *(If known)* _____
           Name

| | |
|---|---|
| **4 JBL speakers**<br>**4 microphones**<br>**Associated cables** | **$600.00** |
| **3 power amps and a 4 zone audio mixer** | **$600.00** |
| **15 outdoor trash cans - $20.00 each**<br>**3 - 10' popup tents - $50.00 each** | **$450.00** |

78.     **Total of Part 11.**                                              **$11,150.00**

        Add lines 71 through 77. Copy the total to line 90.

79.     **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

        ■ No
        ☐ Yes

| Debtor | **Rustle Hill Winery, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$2,140.27** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$0.00** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$59,363.75** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$300.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$29,540.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$5,000.00** | |
| 88. **Real property.** *Copy line 56, Part 9* ...............................................................> | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$200.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$11,150.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$107,694.02** + 91b. | **$0.00** |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | **$107,694.02** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name   **Rustle Hill Winery, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1   Anna Jonesboro National Bank**
Creditor's Name

**PO Box 220**
**Anna, IL 62906**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**2210**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Riding mower - zero turn mower**

**Describe the lien**
**Security Agreement**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$7,531.59** | **$9,500.00**

**2.2   Anna Jonesboro National Bank**
Creditor's Name

**PO Box 220**
**Anna, IL 62906**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**1828**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**All personal property on Schedule B except for cash and bank accounts**

**Describe the lien**
**Security Agreement**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

**$78,110.17** | **$67,397.06**

Official Form 206D            Schedule D: Creditors Who Have Claims Secured by Property            page 1 of 2

Debtor   **Rustle Hill Winery, LLC**                                         Case number (*if know*) _____
      Name

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | $85,641.76 |

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Rustle Hill Winery, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$94,514.95** | **$94,514.95** |
|---|---|---|---|---|
| | **Illinois Department of Revenue**<br>**Bankruptcy Section**<br>**PO Box 64338**<br>**Chicago, IL 60664-0338** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No<br>☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$100,581.20** | **$100,581.20** |
|---|---|---|---|---|
| | **Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**940 and 941** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No<br>☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **Rustle Hill Winery, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,750.00 |
|---|---|---|---|

**Paul M Roberts**
**417 W Main St**
**Carbondale, IL 62901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Accountant__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,100.00 |
|---|---|---|---|

**Rustys Home Center**
**418 E Davie St**
**Anna, IL 62906**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,841.26 |
|---|---|---|---|

**Schaeffer Excavating**
**340 Shawnee Meadows Lane**
**Anna, IL 62906**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,025.00 |
|---|---|---|---|

**The Lamar Companies**
**PO Box 96030**
**Baton Rouge, LA 70896**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Advertising__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 195,096.15 |
| 5b. Total claims from Part 2 | 5b. + | $ | 44,716.26 |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ | 239,812.41 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name   **Rustle Hill Winery, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF ILLINOIS

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Landlord winery**<br>**$6,750.00 per month**<br><br><br>**Lenore L Russell Trust**<br>**116 N Lark Ln**<br>**Carbondale, IL 62901** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Billboard**<br>**$600 per month**<br>**$1500 per year plus**<br>**remainder of contract**<br><br>**The Lamar Companies**<br>**PO Box 96030**<br>**Baton Rouge, LA 70896** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    **Rustle Hill Winery, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF ILLINOIS

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  **John Patrick Russell** | **1910 Cobden School Rd Cobden, IL 62920** | **Anna Jonesboro National Bank** | ■ D    **2.2** ☐ E/F _____ ☐ G _____ |
| 2.2  **John Patrick Russell** | **1910 Cobden School Rd Cobden, IL 62920** | **Anna Jonesboro National Bank** | ■ D    **2.1** ☐ E/F _____ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Rustle Hill Winery, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF ILLINOIS

Case number (if known)    _____

☐ Check if this is an
   amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

<div style="background:black;color:white">Part 1:</div>    **Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **2013 YTD**<br>From / / to / / | ☐ Operating a business<br>■ Other   **Debtor Gross Income** | $980,000.00 |
| **2012**<br>From / / to / / | ☐ Operating a business<br>■ Other   **Debtor Gross Income** | $787,877.00 |
| **2011**<br>From / / to / / | ☐ Operating a business<br>■ Other   **Debtor Gross Income** | $709,087.00 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

<div style="background:black;color:white">Part 2:</div>    **List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Rustle Hill Winery, LLC**                                    Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Capital One** | **December 11, 2013** | **$1,493.52** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. **Cunningham Investments**<br>**201 Main St**<br>**Anna, IL 62906** | **October 2013** | **$3,500.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. **Cunningham Investments**<br>**201 Main St**<br>**Anna, IL 62906** | **September 2013** | **$3,500.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. **Cunningham Investments**<br>**201 Main St**<br>**Anna, IL 62906** | **September 2013** | **$6,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. **Capital One**<br>**PO Box 30285**<br>**Salt Lake City, UT 84150-0285** | **September 4, 2013** | **$4,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. **Capital One**<br>**PO Box 30285**<br>**Salt Lake City, UT 84150-0285** | **September 4, 2013** | **$4,523.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. **Capital One**<br>**PO Box 30285**<br>**Salt Lake City, UT 84150-0285** | **September 9, 2013** | **$275.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8. **Capital One**<br>**PO Box 30285**<br>**Salt Lake City, UT 84150-0285** | **September 11, 2013** | **$1,000.79** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor **Rustle Hill Winery, LLC**        Case number *(if known)*

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.9. | **Capital One**<br>**PO Box 30285**<br>**Salt Lake City, UT 84150-0285** | **September 1, 2013** | **$755.48** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10. | **Capital One**<br>**PO Box 30285**<br>**Salt Lake City, UT 84150-0285** | **September 13, 2013** | **$1,000.79** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11. | **Capital One**<br>**PO Box 30285**<br>**Salt Lake City, UT 84150-0285** | **September 17, 2013** | **$1,401.18** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12. | **Capital One**<br>**PO Box 30285**<br>**Salt Lake City, UT 84150-0285** | **September 17, 2013** | **$3,562.70** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13. | **Capital One**<br>**PO Box 30285**<br>**Salt Lake City, UT 84150-0285** | **September 18, 2013** | **$755.48** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.14. | **Capital One**<br>**PO Box 30285**<br>**Salt Lake City, UT 84150-0285** | **September 18, 2013** | **$3,478.60** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.15. | **Capital One**<br>**PO Box 30285**<br>**Salt Lake City, UT 84150-0285** | **September 25, 2013** | **$1,337.86** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.16. | **Capital One**<br>**PO Box 30285**<br>**Salt Lake City, UT 84150-0285** | **October 2, 2013** | **$250.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    **Rustle Hill Winery, LLC**                                          Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.17. **Capital One** PO Box 30285 Salt Lake City, UT 84150-0285 | October 2, 2013 | $500.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.18. **Capital One** PO Box 30285 Salt Lake City, UT 84150-0285 | October 2, 2013 | $1,000.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.19. **Capital One** PO Box 30285 Salt Lake City, UT 84150-0285 | October 15, 2013 | $1,726.52 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.20. **Capital One** PO Box 30285 Salt Lake City, UT 84150-0285 | October 15, 2013 | $3,537.81 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.21. **Capital One** PO Box 30285 Salt Lake City, UT 84150-0285 | December 6, 2012 | $2,614.50 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.22. **Capital One** PO Box 30285 Salt Lake City, UT 84150-0285 | December 11, 2012 | $1,000.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.23. **Capital One** PO Box 30285 Salt Lake City, UT 84150-0285 | December 19, 2012 | $1,614.50 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.24. **Capital One** PO Box 30285 Salt Lake City, UT 84150-0285 | December 26, 2012 | $1,000.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor   **Rustle Hill Winery, LLC**                                   Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.25. **Capital One** PO Box 30285 Salt Lake City, UT 84150-0285 | **December 27, 2012** | $2,413.82 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.26. **Capital One** PO Box 30285 Salt Lake City, UT 84150-0285 | **January 9, 2013** | $1,865.98 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.27. **Capital One** PO Box 30285 Salt Lake City, UT 84150-0285 | **January 18, 2013** | $983.16 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.28. **Capital One** PO Box 30285 Salt Lake City, UT 84150-0285 | **January 24, 2013** | $933.90 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.29. **Capital One** PO Box 30285 Salt Lake City, UT 84150-0285 | **January 25, 2013** | $494.21 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.30. **Capital One** PO Box 30285 Salt Lake City, UT 84150-0285 | **January 28, 2013** | $494.21 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.31. **Capital One** PO Box 30285 Salt Lake City, UT 84150-0285 | **January 29, 2013** | $1,735.74 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.32. **Capital One** PO Box 30285 Salt Lake City, UT 84150-0285 | **January 9, 2013** | $2,390.40 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

| Debtor | **Rustle Hill Winery, LLC** | Case number *(if known)* |
|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.33. **Capital One** PO Box 30285 Salt Lake City, UT 84150-0285 | February 7, 2013 | $2,705.96 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.34. **Capital One** PO Box 30285 Salt Lake City, UT 84150-0285 | February 11, 2013 | $824.51 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.35. **Capital One** PO Box 30285 Salt Lake City, UT 84150-0285 | February 19, 2013 | $2,000.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.36. **Capital One** PO Box 30285 Salt Lake City, UT 84150-0285 | February 27, 2013 | $2,119.27 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.37. **Capital One** PO Box 30285 Salt Lake City, UT 84150-0285 | March 4, 2013 | $275.62 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.38. **Capital One** PO Box 30285 Salt Lake City, UT 84150-0285 | March 4, 2013 | $3,403.95 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.39. **Capital One** PO Box 30285 Salt Lake City, UT 84150-0285 | March 4, 2013 | $3,403.95 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.40. **Capital One** PO Box 30285 Salt Lake City, UT 84150-0285 | March 14, 2013 | $500.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Rustle Hill Winery, LLC**                                    Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.41. **Capital One**<br>PO Box 30285<br>Salt Lake City, UT 84150-0285 | **March 20, 2013** | **$2,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.42. **Capital One**<br>PO Box 30285<br>Salt Lake City, UT 84150-0285 | **March 25, 2013** | **$1,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.43. **Capital One**<br>PO Box 30285<br>Salt Lake City, UT 84150-0285 | **March 25, 2013** | **$1,500.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.44. **Capital One**<br>PO Box 30285<br>Salt Lake City, UT 84150-0285 | **March 27, 2013** | **$2,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.45. **Capital One**<br>PO Box 30285<br>Salt Lake City, UT 84150-0285 | **April 1, 2013** | **$3,336.02** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.46. **Capital One**<br>PO Box 30285<br>Salt Lake City, UT 84150-0285 | **April 5, 2013** | **$788.80** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.47. **Capital One**<br>PO Box 30285<br>Salt Lake City, UT 84150-0285 | **April 9, 2013** | **$1,721.06** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.48. **Capital One**<br>PO Box 30285<br>Salt Lake City, UT 84150-0285 | **April 16, 2013** | **$2,186.56** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor     **Rustle Hill Winery, LLC**                                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.49. **Capital One**<br>**PO Box 30285**<br>**Salt Lake City, UT 84150-0285** | **April 19, 2013** | **$1,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.50. **Capital One**<br>**PO Box 30285**<br>**Salt Lake City, UT 84150-0285** | **April 23, 2013** | **$15.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.51. **Capital One**<br>**PO Box 30285**<br>**Salt Lake City, UT 84150-0285** | **April 23, 2013** | **$2,349.88** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.52. **Capital One**<br>**PO Box 30285**<br>**Salt Lake City, UT 84150-0285** | **April 23, 2013** | **$2,545.14** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.53. **Capital One**<br>**PO Box 30285**<br>**Salt Lake City, UT 84150-0285** | **April 24, 2013** | **$59.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.54. **Capital One**<br>**PO Box 30285**<br>**Salt Lake City, UT 84150-0285** | **April 29, 2013** | **$2,545.14** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.55. **Capital One**<br>**PO Box 30285**<br>**Salt Lake City, UT 84150-0285** | **April 30, 2013** | **$546.11** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.56. **Capital One**<br>**PO Box 30285**<br>**Salt Lake City, UT 84150-0285** | **April 30, 2013** | **$1,091.87** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    **Rustle Hill Winery, LLC**                                      Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.57. **Capital One**<br>PO Box 30285<br>Salt Lake City, UT 84150-0285 | **May 7, 2013** | **$2,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.58. **Capital One**<br>PO Box 30285<br>Salt Lake City, UT 84150-0285 | **May 9, 2013** | **$1,742.70** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.59. **Capital One**<br>PO Box 30285<br>Salt Lake City, UT 84150-0285 | **May 13, 2013** | **$441.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.60. **Capital One**<br>PO Box 30285<br>Salt Lake City, UT 84150-0285 | **May 14, 2013** | **$1,109.70** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.61. **Capital One**<br>PO Box 30285<br>Salt Lake City, UT 84150-0285 | **May 15, 2013** | **$2,782.21** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.62. **Capital One**<br>PO Box 30285<br>Salt Lake City, UT 84150-0285 | **May 16, 2013** | **$2,782.21** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.63. **Capital One**<br>PO Box 30285<br>Salt Lake City, UT 84150-0285 | **May 17, 2013** | **$1,041.40** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.64. **Capital One**<br>PO Box 30285<br>Salt Lake City, UT 84150-0285 | **May 23, 2013** | **$755.36** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Rustle Hill Winery, LLC**                                    Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.65. **Capital One**<br>PO Box 30285<br>Salt Lake City, UT 84150-0285 | **May 28, 2013** | **$2,255.86** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.66. **Capital One**<br>PO Box 30285<br>Salt Lake City, UT 84150-0285 | **May 31, 2013** | **$300.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.67. **Capital One**<br>PO Box 30285<br>Salt Lake City, UT 84150-0285 | **June 3, 2013** | **$1,001.92** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.68. **Capital One**<br>PO Box 30285<br>Salt Lake City, UT 84150-0285 | **June 4, 2013** | **$1,697.80** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.69. **Capital One**<br>PO Box 30285<br>Salt Lake City, UT 84150-0285 | **June 12, 2013** | **$2,724.51** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.70. **Capital One**<br>PO Box 30285<br>Salt Lake City, UT 84150-0285 | **June 14, 2013** | **$1,149.63** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.71. **Capital One**<br>PO Box 30285<br>Salt Lake City, UT 84150-0285 | **June 14, 2013** | **$1,149.63** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.72. **Capital One**<br>PO Box 30285<br>Salt Lake City, UT 84150-0285 | **June 19, 2013** | **$1,647.62** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Rustle Hill Winery, LLC** | Case number *(if known)* |
|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.73<br>. | **Capital One**<br>**PO Box 30285**<br>**Salt Lake City, UT 84150-0285** | **June 24,**<br>**2013** | **$2,801.76** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.74<br>. | **Capital One**<br>**PO Box 30285**<br>**Salt Lake City, UT 84150-0285** | **June 28,**<br>**2013** | **$3,404.64** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.75<br>. | **Capital One**<br>**PO Box 30285**<br>**Salt Lake City, UT 84150-0285** | **July 5, 2013** | **$1,282.70** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.76<br>. | **Capital One**<br>**PO Box 30285**<br>**Salt Lake City, UT 84150-0285** | **July 8, 2013** | **$3,138.55** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.77<br>. | **Capital One**<br>**PO Box 30285**<br>**Salt Lake City, UT 84150-0285** | **July 9, 2013** | **$711.07** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.78<br>. | **Capital One**<br>**PO Box 30285**<br>**Salt Lake City, UT 84150-0285** | **July 9, 2013** | **$711.07** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.79<br>. | **Capital One**<br>**PO Box 30285**<br>**Salt Lake City, UT 84150-0285** | **July 12, 2013** | **$1,875.61** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.80<br>. | **Capital One**<br>**PO Box 30285**<br>**Salt Lake City, UT 84150-0285** | **July 15, 2013** | **$15.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor    **Rustle Hill Winery, LLC**    Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.81. **Capital One** PO Box 30285 Salt Lake City, UT 84150-0285 | **July 15, 2013** | **$894.04** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.82. **Capital One** PO Box 30285 Salt Lake City, UT 84150-0285 | **July 15, 2013** | **$1,000.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.83. **Capital One** PO Box 30285 Salt Lake City, UT 84150-0285 | **July 15, 2013** | **$1,000.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.84. **Capital One** PO Box 30285 Salt Lake City, UT 84150-0285 | **July 17, 2013** | **$500.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.85. **Capital One** PO Box 30285 Salt Lake City, UT 84150-0285 | **July 17, 2013** | **$1,000.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.86. **Capital One** PO Box 30285 Salt Lake City, UT 84150-0285 | **July 22, 2013** | **$3,935.12** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.87. **Capital One** PO Box 30285 Salt Lake City, UT 84150-0285 | **July 25, 2013** | **$500.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.88. **Capital One** PO Box 30285 Salt Lake City, UT 84150-0285 | **August 7, 2013** | **$500.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **Rustle Hill Winery, LLC**                                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.89. **Capital One**<br>PO Box 30285<br>Salt Lake City, UT 84150-0285 | **August 7,<br>2013** | $3,704.59 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.90. **Capital One**<br>PO Box 30285<br>Salt Lake City, UT 84150-0285 | **August 9,<br>2013** | $750.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.91. **Capital One**<br>PO Box 30285<br>Salt Lake City, UT 84150-0285 | **August 14,<br>2013** | $500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.92. **Capital One**<br>PO Box 30285<br>Salt Lake City, UT 84150-0285 | **August 14,<br>2013** | $4,186.39 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.93. **Capital One**<br>PO Box 30285<br>Salt Lake City, UT 84150-0285 | **August 23,<br>2013** | $755.48 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.94. **Capital One**<br>PO Box 30285<br>Salt Lake City, UT 84150-0285 | **August 23,<br>2013** | $1,027.78 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.95. **Capital One**<br>PO Box 30285<br>Salt Lake City, UT 84150-0285 | **August 26,<br>2013** | $2,353.55 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.96. **Capital One**<br>PO Box 30285<br>Salt Lake City, UT 84150-0285 | **August 27,<br>2013** | $3,542.58 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor     **Rustle Hill Winery, LLC**                                      Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.97. **Capital One**<br>**PO Box 30285**<br>**Salt Lake City, UT 84150-0285** | **October 24, 2013** | **$15.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.98. **Capital One**<br>**PO Box 30285**<br>**Salt Lake City, UT 84150-0285** | **October 24, 2013** | **$250.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.99. **Capital One**<br>**PO Box 30285**<br>**Salt Lake City, UT 84150-0285** | **October 24, 2013** | **$1,916.80** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.100. **Capital One**<br>**PO Box 30285**<br>**Salt Lake City, UT 84150-0285** | **October 28, 2013** | **$428.39** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.101. **Capital One**<br>**PO Box 30285**<br>**Salt Lake City, UT 84150-0285** | **October 28, 2013** | **$1,025.13** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.102. **Capital One**<br>**PO Box 30285**<br>**Salt Lake City, UT 84150-0285** | **October 29, 2013** | **$3,679.80** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.103. **Capital One**<br>**PO Box 30285**<br>**Salt Lake City, UT 84150-0285** | **November 7, 2013** | **$250.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.104. **Capital One**<br>**PO Box 30285**<br>**Salt Lake City, UT 84150-0285** | **November 7, 2013** | **$250.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    **Rustle Hill Winery, LLC**                                        Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.10<br>5. | **Capital One**<br>**PO Box 30285**<br>**Salt Lake City, UT 84150-0285** | **November 18, 2013** | **$250.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10<br>6. | **Capital One**<br>**PO Box 30285**<br>**Salt Lake City, UT 84150-0285** | **November 18, 2013** | **$750.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10<br>7. | **Capital One**<br>**PO Box 30285**<br>**Salt Lake City, UT 84150-0285** | **November 21, 2013** | **$1,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

    ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. | **Robert Russell**<br>**15 Sachvest St**<br>**Middletown, RI 02842** | **June 24, 2013** | **$2,500.00** | |
| 4.2. | **Robert Russell**<br>**15 Sachvest St**<br>**Middletown, RI 02842** | **October 15, 2013** | **$4,000.00** | |
| 4.3. | **John Patrick Russell**<br>**1910 Cobden School Rd**<br>**Cobden, IL 62920** | **See Capital One** | **$0.00** | |

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

    ☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**
    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

| Debtor | Rustle Hill Winery, LLC | Case number *(if known)* |
|--------|--------------------------|---------------------------|

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|------------------------------|------------------------------------------|------------------------|--------|

## Part 3:    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved
   in any capacity—within 1 year before filing this case.

   □ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---------------------------|----------------|-------------------------------------|----------------|
| 7.1. Kimberly Cates and Jeffery Cates<br>v<br>Rustle Hill Winery, LLC<br>10-L-19 | Personal Injury | Union County | ■ Pending<br>□ On appeal<br>□ Concluded |
| 7.2. State of Illinois Liquor Control Commission<br>v<br>Rustle Hill Winery, LLC<br>13-SR-0115 | Liquor license hearing | Springfield IL | □ Pending<br>□ On appeal<br>□ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a
   receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

## Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   □ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|-------------------------------|--------------------------------------------|-------------|-------|
| 9.1. Fowler / Bonan Foundation | $450.00 | September 2013 | $450.00 |
| Recipients relationship to debtor | | | |
| 9.2. Fowler / Bonan Foundation | $250.00 | May 2013 | $250.00 |
| Recipients relationship to debtor | | | |
| 9.3. Carbondale New School | $350.00 | April 2013 | $350.00 |
| Recipients relationship to debtor | | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Rustle Hill Winery, LLC**                                    Case number *(if known)*

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.4. | **Carbondale Park District** | **$275.00** | **July 2013** | **$275.00** |
| | Recipients relationship to debtor | | | |
| 9.5. | **Elks Child Care** | **$25.00** | **February 2013** | **$25.00** |
| | Recipients relationship to debtor | | | |
| 9.6. | **Carbondale Music Coalition** | **$200.00** | **April 2013** | **$200.00** |
| | Recipients relationship to debtor | | | |
| 9.7. | **Knights of Columbus** | **$60.00** | **August 2013** | **$60.00** |
| | Recipients relationship to debtor | | | |

---

**Part 5:**    **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:**    **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

■ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Rustle Hill Winery, LLC**                                            Case number *(if known)*

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:    Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8:    Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Debtor    **Rustle Hill Winery, LLC**                                               Case number *(if known)*

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Various** | | **Consignment art, jewelry** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **John Patrick Russell**<br>**1910 Cobden School Rd**<br>**Cobden, IL 62920** | **Winery** | **1971 Massey Ferguson Tractor** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **John Patrick Russell**<br>**1910 Cobden School Rd**<br>**Cobden, IL 62920** | **Winery** | **Stihl weed eater - $100.00**<br>**Stihl chain saw - $250.00**<br>**Various hand tools - $500.00** | **$100.00** |

| Part 12: | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

Debtor   __Rustle Hill Winery, LLC_____   Case number *(if known)* _____

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1. **Rustle Hill Winery, LLC**<br>**8595 US Highway 51 North**<br>**Cobden, IL 62920** | **Winery/restaurant** | **EIN:** **3554**<br><br>**From-To** **2007 - present** |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. **John Patrick Russell**<br>**1910 Cobden School Rd**<br>**Cobden, IL 62920** | **Since opening** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1. **Schelnutt & Assoc**<br>**Carbondale, IL** | **Since opening** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **John Patrick Russell**<br>**1910 Cobden School Rd**<br>**Cobden, IL 62920** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

Debtor    **Rustle Hill Winery, LLC**                                    Case number *(if known)*

☐ None

| Name and address |
|---|
| 26d.1.    **Anna Jonesboro National Bank**<br>**PO Box 220**<br>**Anna, IL 62906** |
| 26d.2.    **Cunningham Investments**<br>**201 Main St**<br>**Anna, IL 62906** |
| 26d.3.    **Peoples National Bank**<br>**511 S Main St**<br>**Harrisburg, IL 62946** |

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ☐ No
    ■ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1.   **John Patrick Russell** | **December 1, 2013** | **56,271.75** |

| Name and address of the person who has possession of inventory records |
|---|
| **John Patrick Russell**<br>**1910 Cobden School Rd**<br>**Cobden, IL 62920** |

| | Date of inventory | |
|---|---|---|
| 27.2.   **John Patrick Russell** | **November 1, 2013** | **58,426.55** |

| Name and address of the person who has possession of inventory records |
|---|
| **John Patrick Russell**<br>**1910 Cobden School Rd**<br>**Cobden, IL 62920** |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **John Patrick Russell** | **1910 Cobden School Rd** | **Member/manager** | **60%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Debra J Russell** | **1910 Cobden School Rd** | **Member** | **20%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Lenore L Russell Trust** | **c/o John Patrick Russell**<br>**1910 Cobden Sc** | **Member** | **20% - deceased - now owned by Lenore L Russell Trust** |

Debtor    **Rustle Hill Winery, LLC**                                        Case number *(if known)*

---

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **John Patrick Russell**<br>**1910 Cobden School Rd**<br>**Cobden, IL 62920**<br><br>Relationship to debtor | **$2,295.94** | **1/1/13**<br>**Wages** | |
| 30.2. | **John Patrick Russell**<br>**1910 Cobden School Rd**<br>**Cobden, IL 62920**<br><br>Relationship to debtor | **$2,295.96** | **1/13/13**<br>**Wages** | |
| 30.3. | **John Patrick Russell**<br>**1910 Cobden School Rd**<br>**Cobden, IL 62920**<br><br>Relationship to debtor | **$2,301.90** | **1/27/13**<br>**Wages** | |
| 30.4. | **John Patrick Russell**<br>**1910 Cobden School Rd**<br>**Cobden, IL 62920**<br><br>Relationship to debtor | **$2,301.90** | **2/10/13**<br>**Wages** | |
| 30.5. | **John Patrick Russell**<br>**1910 Cobden School Rd**<br>**Cobden, IL 62920**<br><br>Relationship to debtor | **$2,301.92** | **2/24/13**<br>**Wages** | |
| 30.6. | **John Patrick Russell**<br>**1910 Cobden School Rd**<br>**Cobden, IL 62920**<br><br>Relationship to debtor | **$2,301.90** | **3/1/13**<br>**Wages** | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

| Debtor | **Rustle Hill Winery, LLC** | | Case number *(if known)* |
|---|---|---|---|

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.7. | **John Patrick Russell**<br>**1910 Cobden School Rd**<br>**Cobden, IL 62920** | **$2,301.90** | **3/10/13**<br>**Wages** | |
| | Relationship to debtor | | | |
| 30.8. | **John Patrick Russell**<br>**1910 Cobden School Rd**<br>**Cobden, IL 62920** | **$2,301.91** | **3/24/13**<br>**Wages** | |
| | Relationship to debtor | | | |
| 30.9. | **John Patrick Russell**<br>**1910 Cobden School Rd**<br>**Cobden, IL 62920** | **$2,301.90** | **4/7/13**<br>**Wages** | |
| | Relationship to debtor | | | |
| 30.10. | **John Patrick Russell**<br>**1910 Cobden School Rd**<br>**Cobden, IL 62920** | **$2,884.62** | **4/21/13**<br>**Wages** | |
| | Relationship to debtor | | | |
| 30.11. | **John Patrick Russell**<br>**1910 Cobden School Rd**<br>**Cobden, IL 62920** | **$6,500.14** | **5/5/13**<br>**Wages** | |
| | Relationship to debtor | | | |
| 30.12. | **John Patrick Russell**<br>**1910 Cobden School Rd**<br>**Cobden, IL 62920** | **$2,301.91** | **5/19/13**<br>**Wages** | |
| | Relationship to debtor | | | |
| 30.13. | **John Patrick Russell**<br>**1910 Cobden School Rd**<br>**Cobden, IL 62920** | **$2,301.91** | **6/2/13**<br>**Wages** | |
| | Relationship to debtor | | | |
| 30.14. | **John Patrick Russell**<br>**1910 Cobden School Rd**<br>**Cobden, IL 62920** | **$1,287.44** | **6/11/13**<br>**Wages** | |
| | Relationship to debtor | | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Rustle Hill Winery, LLC** | Case number *(if known)* | |
|---|---|---|---|

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.15. | **John Patrick Russell** <br> **1910 Cobden School Rd** <br> **Cobden, IL 62920** | **$2,301.90** | **6/16/13** <br> **Wages** | |
| | Relationship to debtor | | | |
| 30.16. | **John Patrick Russell** <br> **1910 Cobden School Rd** <br> **Cobden, IL 62920** | **2,301.91** | **6/30/13** <br> **Wages** | |
| | Relationship to debtor | | | |
| 30.17. | **John Patrick Russell** <br> **1910 Cobden School Rd** <br> **Cobden, IL 62920** | **$2,301.91** | **7/14/13** <br> **Wages** | |
| | Relationship to debtor | | | |
| 30.18. | **John Patrick Russell** <br> **1910 Cobden School Rd** <br> **Cobden, IL 62920** | **$2,301.90** | **7/28/13** <br> **Wages** | |
| | Relationship to debtor | | | |
| 30.19. | **John Patrick Russell** <br> **1910 Cobden School Rd** <br> **Cobden, IL 62920** | **$2,301.91** | **8/11/13** <br> **Wages** | |
| | Relationship to debtor | | | |
| 30.20. | **John Patrick Russell** <br> **1910 Cobden School Rd** <br> **Cobden, IL 62920** | **$1,168.05** | **9/8/13** <br> **Wages** | |
| | Relationship to debtor | | | |
| 30.21. | **John Patrick Russell** <br> **1910 Cobden School Rd** <br> **Cobden, IL 62920** | **$1,842.56** | **9/22/13** <br> **Wages** | |
| | Relationship to debtor | | | |
| 30.22. | **John Patrick Russell** <br> **1910 Cobden School Rd** <br> **Cobden, IL 62920** | **$1,168.05** | **10/6/13** <br> **Wages** | |
| | Relationship to debtor | | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    **Rustle Hill Winery, LLC**                                        Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.23. | **John Patrick Russell**<br>**1910 Cobden School Rd**<br>**Cobden, IL 62920**<br><br>Relationship to debtor | **$1,480.82** | **10/20/13**<br>**Wages** | |
| 30.24. | **John Patrick Russell**<br>**1910 Cobden School Rd**<br>**Cobden, IL 62920**<br><br>Relationship to debtor | **$500.00** | **10/27/13**<br>**Wages** | |
| 30.25. | **John Patrick Russell**<br>**1910 Cobden School Rd**<br>**Cobden, IL 62920**<br><br>Relationship to debtor | **$2,000.00** | **10/27/13**<br>**Wages** | |
| 30.26. | **John Patrick Russell**<br>**1910 Cobden School Rd**<br>**Cobden, IL 62920**<br><br>Relationship to debtor | **$2,023.94** | **11/3/13**<br>**Wages** | |
| 30.27. | **John Patrick Russell**<br>**1910 Cobden School Rd**<br>**Cobden, IL 62920**<br><br>Relationship to debtor | **$1,168.05** | **11/17/13**<br>**Wages** | |
| 30.28. | **John Patrick Russell**<br>**1910 Cobden School Rd**<br>**Cobden, IL 62920**<br><br>Relationship to debtor | **$1,168.05** | **12/1/13**<br>**Wages** | |
| 30.29. | **John Patrick Russell**<br>**1910 Cobden School Rd**<br>**Cobden, IL 62920**<br><br>Relationship to debtor | **$456.94** | **12/15/13**<br>**Wages** | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

| Debtor | **Rustle Hill Winery, LLC** | Case number *(if known)* | |
|---|---|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ■ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor   **Rustle Hill Winery, LLC** _____   Case number *(if known)* _____

---

### Part 14:   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November 16, 2016** _____

**/s/ John Patrick Russell** _____          **John Patrick Russell** _____
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   **Member/Manager** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of Illinois

In re    **Rustle Hill Winery, LLC**  _____

Case No. _____

Debtor(s)    Chapter    **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | | |
    |---|---|---|
    | For legal services, I have agreed to accept | $ | **0.00** |
    | Prior to the filing of this statement I have received | $ | **0.00** |
    | Balance Due | $ | **0.00** |

2.  $ **1,717.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ☐ Debtor    ■ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Additional services at $275.00 per hour.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

    **Any contested matters or adversary proceedings; additional services at $275.00 per hour. Post-Petition amendment of bankruptcy schedules: for Chapter 7, 11, and 12 clients, additional charge of $80.00 including filing fee; for Chapter 13 clients, $30.00 filing fee.**

---

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**November 16, 2016**  _____

*Date*

/s/ **Douglas A. Antonik**

**Douglas A. Antonik 06190629**
*Signature of Attorney*
**Antonik Law Offices**
**Post Office Box 594**
**Mt. Vernon, IL 62864**
**618-244-5739  Fax: 618-244-9633**
**antoniklaw@charter.net**
*Name of law firm*

---

# United States Bankruptcy Court
## Southern District of Illinois

In re   **Rustle Hill Winery, LLC**

Case No.

Debtor(s)   Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Debra J Russell**<br>**1910 Cobden School Rd**<br>**Cobden, IL 62920** | | | **20% membership** |
| **John Patrick Russell**<br>**1910 Cobden School Rd**<br>**Cobden, IL 62920** | | | **60% membership** |
| **Lenore L Russell Trust**<br>**c/o John Patrick Russell**<br>**1910 Cobden School Rd**<br>**Cobden, IL 62920** | | | **20% membership** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Member/Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **November 16, 2016**

Signature   **/s/ John Patrick Russell**

**John Patrick Russell**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of Illinois

In re **Rustle Hill Winery, LLC** _____   Case No. _____

_____   Chapter   **11**   _____
                                    Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

I, the Member/Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge and that it corresponds to the creditors listed in our schedules.

Date:   **November 16, 2016** _____         **/s/ John Patrick Russell** _____
                                                     **John Patrick Russell**/**Member/Manager**
                                                     Signer/Title

Anna Jonesboro National Bank
PO Box 220
Anna, IL 62906


Illinois Department of Revenue
Bankruptcy Section
PO Box 64338
Chicago, IL 60664-0338


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


John Patrick Russell
1910 Cobden School Rd
Cobden, IL 62920


Lenore L Russell Trust
116 N Lark Ln
Carbondale, IL 62901


Paul M Roberts
417 W Main St
Carbondale, IL 62901


Rustys Home Center
418 E Davie St
Anna, IL 62906


Schaeffer Excavating
340 Shawnee Meadows Lane
Anna, IL 62906


The Lamar Companies
PO Box 96030
Baton Rouge, LA 70896